# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) |
|---|---|
| v. | ) |
| Spencer Allen CORNELL | ) Case No. 1:24-mj-098 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 28, 2024** in the county of **Pottawattamie** in the **Southern** District of **Iowa**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| T. 21, U.S.C., § 841(a)(1), 841(b)(1)(A) | Distribution of a controlled substance |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

*Complainant's signature*

Brandon Allen, Inv. PCSO, SWINE TF
*Printed name and title*

Date: September 10, 2024

*Judge's signature*

City and state: Council Bluffs, Iowa

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*



FILED
By: Clerk's Office, Southern District of Iowa
8:26 am, Sep 11 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:24-mj-098 |
| ) | |
| v. ) | AFFIDAVIT IN SUPPORT |
| ) | OF CRIMINAL COMPLAINT |
| SPENCER ALLEN CORNELL, ) | |
| ) | **FILED UNDER SEAL** |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Investigator Brandon Allen, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I, Brandon Allen, have been employed by the Pottawattamie County Sheriff's Office since 2017 and a sworn police officer since 2011. This affidavit is made in the course of your Affiant's employment as an Investigator with the Pottawattamie County Sheriff's Office in your Affiant's current assignment to the Southwest Iowa Narcotics Enforcement Task Force (SWINETF).

2. In 2020, your Affiant was assigned to SWINETF. Since then, your Affiant has participated in investigations involving the unlawful distribution of controlled substances in violation of federal law or laws of the state of Iowa. This has led to arrests or convictions of individuals for offenses regarding controlled substances. In the course of your Affiant's duties regarding the investigation of drug trafficking matters, your Affiant has conducted or participated in physical



surveillance, electronic surveillance, undercover transactions, the exaction of search warrants, debriefing of informants, interviews of witnesses other than informants, and review of recorded conversation, that is, consensually monitored conversations recorded over a "body mic". Your Affiant has been involved in the use of these investigative techniques in both federal and state investigations.

3. Your Affiant has participated in training relevant to your Affiant's work for SWINETF. This training includes Basic Narcotics Investigation, Law Enforcement Intelligence Network, Development and Handling of Confidential Informants, Physical Surveillance, Advanced Rural Interdiction, Roadside Interviews, Prescription Drug Diversion, REID Interview Technique, and CTK Interview.

**PROBABLE CAUSE**

4. On August 28, 2024, Agents with the DEA utilized a DEA CS-, hereafter referred to as CS #3, to conduct a controlled purchase of one pound of methamphetamine from a Mexican-based methamphetamine coordinator via WhatsApp, phone number 52-8117642496. CS #3 was given the address of Casey's General Store located at 510 23rd Ave, Council Bluffs, Iowa and went to that location. A short time later, Agents observed a yellow motorcycle driven by a white male, pull into the Casey's. The unidentified white male had a slender build and was wearing a black backwards hat, black framed glasses, and a white patterned shirt. During the controlled purchase the unidentified white male sold CS #3 methamphetamine. After the controlled purchase, the unidentified male left the area on the yellow motorcycle

and drove to 1800 S 9th St, Council Bluffs, Iowa. The yellow motorcycle displayed Iowa registration KJ3510 registered to Aaron LEWIS. The methamphetamine purchased was weighed and tested. The substance field tested positive for methamphetamine and weighed 484 gross grams.

5. Investigator Allen later reviewed the recorded buy video compared the still frames from the video to a recorded jail video visit of Spencer CORNELL and Devon MILLER that occurred on August 3, 2024. Investigator Allen was able to positively identify CORNELL as the male that delivered the methamphetamine on August 28, 2024.

6. On September 10, 2024, Investigators served search warrants at CORNELL's residence located at 809 S 8th St, Council Bluffs, Iowa.

7. Investigators located a Ruger Security 9 bearing serial number 387-26012, ammunition, 16.8 gross grams of methamphetamine, 15.2 gross grams of marijuana, (3) amphetamine pills, (3) oxycodone pills, packaging material, drug paraphernalia, and a digital scale at CORNELL's residence.

8. CS #3 is believed to be credible because they provided information, which was already known to law enforcement, information which was corroborated by further investigation, and information which implicated themselves in criminal activity.

## CONCLUSION

9. Based on the foregoing facts there is sufficient evidence to believe that on August 28, 2024, Spencer CORNELL distributed over 50 grams of

methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A). There is also probable cause to believe that these violations did occur within the Southern District of Iowa.

_____
Brandon Allen, Investigator
SWINETF

Subscribed and sworn to before me by telephone or other reliable electronic means this __10th__ day of September, 2024.

_____
Helen C. Adams
United States Magistrate Judge