IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:24-cr-063 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| DEVON LEIGH MILLER, | ) | T. 18 U.S.C. § 924(c)(1)(A) |
| SPENCER ALLEN CORNELL, | ) | T. 18 U.S.C. § 924(d) |
| AARON MATTHEW LEWIS, and | ) | T. 21 U.S.C. § 841(a)(1) |
| JAMES DWIGHT MILLS, | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| | ) | T. 21 U.S.C. § 841(b)(1)(B) |
| Defendants. | ) | T. 21 U.S.C. § 846 |
| | ) | T. 21 U.S.C. § 851 |
| | ) | T. 21 U.S.C. § 853 |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but beginning at least as early as June 20, 2024, up to and including September 10, 2024, in the Southern District of Iowa and elsewhere, the defendants, DEVON LEIGH MILLER, SPENCER ALLEN CORNELL, AARON MATTHEW LEWIS and JAMES DWIGHT MILLS, conspired with each other and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Distribution of a Controlled Substance)**

On or about July 10, 2024, in the Southern District of Iowa, the defendant, AARON MATTHEW LEWIS, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Distribution of a Controlled Substance)**

On or about July 16, 2024, in the Southern District of Iowa, the defendant, AARON MATTHEW LEWIS, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>
(Distribution of a Controlled Substance)

On or about August 22, 2024, in the Southern District of Iowa, the defendant, AARON MATTHEW LEWIS, knowingly and intentionally distributed a controlled substance, namely: 5 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 5</u>
(Distribution of a Controlled Substance)

On or about August 26, 2024, in the Southern District of Iowa, the defendant, AARON MATTHEW LEWIS, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 6</u>
**(Distribution of a Controlled Substance)**

On or about August 27, 2024, in the Southern District of Iowa, the defendant, JAMES DWIGHT MILLS, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 7</u>
**(Distribution of a Controlled Substance)**

On or about August 28, 2024, in the Southern District of Iowa, the defendant, SPENCER ALLEN CORNELL, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 8
**(Possession of a Controlled Substance with Intent to Distribute)**

On or about September 10, 2024, in the Southern District of Iowa, the defendant, AARON MATTHEW LEWIS, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 5 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

THE GRAND JURY FURTHER CHARGES:

## COUNT 9
**(Possession With Intent to Distribute a Controlled Substance)**

On or about September 10, 2024, in the Southern District of Iowa and elsewhere, the defendant, SPENCER ALLEN CORNELL, knowingly and intentionally possessed with intent to distribute a controlled substance, namely: 5 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 10</u>
**(Possession of a Firearm in Furtherance of Drug Trafficking)**

On or about September 10, 2024, in the Southern District of Iowa, and elsewhere the defendant, SPENCER ALLEN CORNELL, knowingly possessed a firearm, namely, a loaded Ruger Security-9 pistol with Serial Number 387-2601, during and relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Conspiracy to Distribute a Controlled Substance as charged in Count 1 of this Indictment or Possession with Intent to Distribute a Controlled Substance as charged in Count 9 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A).

**THE GRAND JURY FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

Upon conviction for the offense alleged in Count 1, Count 9 and/or Count 10 of this Indictment, the defendant, SPENCER ALLEN CORNELL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in Count 10 of this Indictment, namely a Ruger Security-9 pistol with Serial Number 387-2601, and ammunition.

This is pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

**THE GRAND JURY FURTHER FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offense alleged in Count 1, Count 9 and/or Count 10 of this Indictment, the defendants, DEVON LEIGH MILLER and SPENCER ALLEN CORNELL, shall forfeit to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes but is not limited to: all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm and ammunition identified in Count 10 of this Indictment seized from the residence of SPENCER ALLEN CORNELL, namely a Ruger Security-9 pistol with Serial Number 387-2601, and $3,475.00 in United States currency seized from a 2011 GMC Sierra occupied by DEVON LEIGH MILLER and SPENCER ALLEN CORNELL.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a)

**THE GRAND JURY FINDS:**

## PRIOR CONVICTION

Prior to the commission of the offense charged in Count 1 of this Indictment, the defendant, DEVON LEIGH MILLER, was convicted of possession with intent to distribute a controlled substance, in violation of Title 18, United States Code, Section 841(a)(1), 841(b)(1)(C) in the Southern District of Iowa, case number, 1:18-cr-23, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which defendant was released from any term of imprisonment within 15 years of the commencement of this instant offense.

This is pursuant to Title 21, United States Code, Section 851.

**THE GRAND JURY FURTHER FINDS:**

## PRIOR CONVICTION

Prior to the commission of the offense charged in Counts 1, 2, 3, 4, 5 and/or 8 of this Indictment, the defendant, AARON MATTHEW LEWIS, was convicted of manufacturing, distribution, or possession with intent to distribute a controlled substance, in violation of Nebraska Revised Statute section 24-416(1)(a), (2)(a) in the Nebraska District Court for Douglas County, case number, CR170001976, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which defendant was released from any term of imprisonment within 15 years of the commencement of this instant offense.

This is pursuant to Title 21, United States Code, Section 851.

THE GRAND JURY FURTHER FINDS:

### PRIOR CONVICTION

Prior to the commission of the offense charged in Counts 1 and/or 6 of this Indictment, the defendant, JAMES DWIGHT MILLS, was convicted of possession with intent to deliver a controlled substance, in violation of Iowa Code section 124.401(1)(c)(6) in the Iowa District Court for Cass County, case number, FECR016114, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which defendant was released from any term of imprisonment within 15 years of the commencement of this instant offense.

This is pursuant to Title 21, United States Code, Section 851.

A TRUE BILL.

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney

9