# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge        Court appearing by video conference
Criminal No. 1:24-mj-00098-HCA-1        :   Clerk's Court Minutes – Initial Appearance

---

United States of America vs. Spencer Allen Cornell

---

Gov. Atty(s): Shelly M. Sudmann            : ☐ Indictment  ☐ Superseding Indictment  ☐ Information
Def. Atty(s): Sean M. Conway               : ☑ Complaint  ☐ Warrant  ☐ Summons
Def. Appears: ☑ In Person  ☐ Video Conference : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding  : 21:841(a)(1), 841(b)(1)(A). Distribution of a Controlled
Court Reporter: FTR Gold                   : Substance (Methamphetamine)
Interpreter: N/A                           :
☐ Interpreter Sworn

Date: 9/11/2024
Initial Appearance Start Time: 2:06 pm    Arraignment Start Time:        End Time: 2:17 pm

## Initial Appearance

☑ Advised of Rights                              : ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights        : ☑ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No      : ☐ Retained Counsel
☑ Rule 5 Admonition Given                        :

## Arraignment

Trial Scheduled for:                             : ☐ Advised of Charges/Maximum Penalties
Rule 16 Material due:                            : ☐ Indicted in True Name
Reciprocal Discovery due:                        :     True Name:
Pretrial Motions due:                            : ☐ Reading of Indictment Waived
Plea Notification Deadline:                      :    Plea of Not Guilty Accepted as to Ct(s):
Plea Entry Deadline:                             : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):     : ☐ Defendant advised that failure to enter a plea by deadline
                                                     may negatively impact consideration and finding regarding
                                                     reduction in offense level based upon Acceptance of
                                                     Responsibility pursuant to USSG.

## Custody Status

☑ Government Moved for Detention           :
☑ Defendant Waived Preliminary Examination : Detention Hearing Set:
☑ Defendant Waived Detention Hearing       : Before:
                                           : Courthouse:                    Room:
Court Ordered Defendant:                   : Revocation Hearing Set:
☐ Released on Bond                         : Before:
☑ Detained                                 : Courthouse:                    Room:

---

Hearing held at the same time as Mr. Lewis in 1:24mj99.  Court finds that today's hearing was conducted by reliable electronic means.

/s/ V. Rule
Deputy Clerk