AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>Aaron Matthew LEWIS<br><br>*Defendant* | )<br>)  Case No.  1:24-mj-099<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Aaron Matthew LEWIS                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Distribution of a controlled substance, in violation of T. 21, U.S.C., § 841(a)(1), 841(b)(1)(A)


Date: September 10, 2024

*Helen C. Adams*
*Issuing officer's signature*

City and state:  Council Bluffs, Iowa     Helen C. Adams , U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/10/24 , and the person was arrested on *(date)* 9/10/24
at *(city and state)* Council Bluffs, IA .

Date: 9/11/2024

[signature] 78·12
*Arresting officer's signature*

*Printed name and title*